# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ANDERSON DIVISION

| | |
|---|---|
| Father Doe and Mother Doe, Individually, and as next of friend for John Doe, (a minor child),<br><br>Plaintiffs,<br><br>vs.<br><br>Singleton Investment Properties, LLC,<br><br>Defendant. | C/A#: 8:23-cv-01718-TMC<br><br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE** |

The Plaintiffs, Father Doe and Mother Doe, Individually, and as next of friend for John Doe, (a minor child), by and through their undersigned counsel, voluntarily dismiss this lawsuit with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). By dismissing this lawsuit, Plaintiffs wish to end all litigation which they have commenced against the Defendant, Singleton Investment Properties, LLC.

| WE SO MOVE: | WE SO CONSENT: |
|---|---|
| s/Tyle D. Bailey<br>Tyler D. Bailey<br>Fed. ID No. 12294<br>Bailey Law Firm, LLC<br>PO Box 532<br>Columbia, SC 29202<br>tyler@baileylawfirmsc.com<br>(803) 667-9716 | s/ Gray T. Culbreath<br>Gray T. Culbreath<br>Fed. ID No. 5647<br>Gallivan, White & Boyd, P.A.<br>PO Box 7368<br>Columbia, SC 29202-7368<br>gculbreath@gwblawfirm.com<br>(803) 779-1833 |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

Columbia, South Carolina